# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5349

_____

DYLAN GENTRY,

   Petitioner,

v.

JULIE L. JONES, Secretary of the
Department of Corrections,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 19, 2018

PER CURIAM.

   DISMISSED.  *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dylan Gentry, pro se, Petitioner.

No appearance for Respondent.